**Electronically Filed
Supreme Court
SCWC-12-0000971
13-MAR-2014
08:56 AM**

SCWC-12-0000971

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

KESLY LEWIS, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000971; CR. NOS. 11-1-0990 and 11-1-1051)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Nishimura, in place of Acoba, J., recused)

Petitioner/Defendant-Appellant Kesly Lewis's

application for writ of certiorari filed on January 28, 2014, is

hereby rejected.

DATED: Honolulu, Hawai'i, March 13, 2014.


Randall K. Hironaka            /s/ Mark E. Recktenwald
for petitioner

                               /s/ Paula A. Nakayama
Brian R. Vincent
for respondent                 /s/ Sabrina S. McKenna

                               /s/ Richard W. Pollack

                               /s/ Rhonda A. Nishimura

